B6C (Official Form 6C) (4/10)

In re  **Duke Minh Le,**
       **Barbara Dung Trieu-Le**
                                                                    Debtors

Case No. **11-10962**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Savings account | C.C.P. § 703.140(b)(5) | 125.00 | 125.00 |
| Checking account | C.C.P. § 703.140(b)(5) | 500.00 | 500.00 |
| **Household Goods and Furnishings** | | | |
| Furniture | C.C.P. § 703.140(b)(3) | 500.00 | 500.00 |
| **Wearing Apparel** | | | |
| Clothes | C.C.P. § 703.140(b)(3) | 200.00 | 200.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Hobby equipment | C.C.P. § 703.140(b)(5) | 200.00 | 200.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2004 Toyota 4Runner | C.C.P. § 703.140(b)(2)  C.C.P. § 703.140(b)(5) | 3,525.00  2,975.00 | 6,500.00 |
| 2006 Nissan Titan      [ADDED] | C.C.P. § 703.140(b)(5) | 37.28 | 12,500.00 |
| **Office Equipment, Furnishings and Supplies** | | | |
| Office equipment | C.C.P. § 703.140(b)(5) | 200.00 | 200.00 |
| | Total: | 8,262.28 | 20,725.00 |

**0** continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                               Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Duke Minh Le,**
**Barbara Dung Trieu-Le**
_____,
Debtors

Case No. __**11-10962**__

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>Chase<br>800 Booksedge Blvd<br>Westerville, OH 43081 | | C | Purchase Money Security<br>2006 Nissan Titan    [ADDED]<br><br>Value $  12,500.00 | | | | 12,462.72 | 0.00 |
| Account No. 300969133<br>Indymac Bank<br>PO Box 78826<br>Phoenix, AZ 85062 | | C | May 2004<br>First Deed of Trust<br>11671 Jocatal Ct<br>San Diego, CA 92127<br>Value $  375,000.00 | | | | 399,976.76 | 24,976.76 |
| Account No. 5844<br>Wells Fargo Bank<br>PO Box 6995<br>Portland, OR 97228 | | C | 5/2004<br>Seond Deed of Trust<br>11671 Jocatal Ct<br>San Diego, CA 92127<br>Value $  375,000.00 | | | | 65,877.00 | 65,877.00 |
| Account No.<br><br> | | | <br><br>Value $ | | | | | |

__**0**__ continuation sheets attached

| | Subtotal (Total of this page) | 478,316.48 | 90,853.76 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 478,316.48 | 90,853.76 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

CSD 1100 [09/26/06]
Name, Address, Telephone No. & I.D. No.

**Jennifer M. Urquizu 231134**
**42690 Rio Nedo Suite F**
**Temecula, CA 92590**
**951-296-5493**
**231134**

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Duke Minh Le**
**Barbara Dung Trieu-Le**

BANKRUPTCY NO. **11-10962**

Debtor.

## AMENDMENT

Presented herewith are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

- ☐ Petition
- ☐ Exhibit A to Voluntary Petition
- ☐ Exhibit C to Voluntary Petition
- ☐ Exhibit D - Individual Statement of Compliance with Credit Counseling
- ☐ Summary of Schedules
- ☐ Statistical Summary of Certain Liabilities and Related Data
- ☐ Schedule A & B - Schedule of Real or Personal Property
- ☒ Schedule C - Schedule of Property Claimed Exempt
- ☒ Schedule D, E, or F, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
    - ☐ Adding or deleting creditors (diskette required), changing amounts owed or classification of debt - $26.00 fee required. See instructions on reverse side.
    - ☐ Correcting or deleting other information. See instructions on reverse side.
- ☐ Schedule G - Schedule of Executory Contracts & Expired Leases
- ☐ Schedule H - Schedule of Co-Debtor
- ☐ Schedule I - Current Income of Individual Debtor(s)
- ☐ Schedule J - Current Expenditure of Individual Debtor(s)
- ☐ Statement of Financial Affairs
- ☐ Statement of Current Monthly Income and Means Test Calculation (Form B22A)
- ☐ Statement of Current Monthly Income (Form B22B)
- ☐ Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (Form B22C)
- Other: Amended Chapter 13 Plan

Dated: **August 30, 2011**         Signature    /s/Jennifer M. Urquizu
                                                Attorney for Debtor

### DECLARATION OF DEBTOR

I [We] __**Duke Minh Le**__ and __**Barbara Dung Trieu-Le**__, the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of **3** pages, and on the creditor matrix diskette, if any, is true and correct to the best of my [our] information and belief.

Dated: **August 30, 2011**      /s/Duke Minh Le                        /s/Barbara Dung Trieu-Le
                                Debtor                                  Joint Debtor

CSD 1100                                                                REFER TO INSTRUCTIONS ON REVERSE SIDE

`CSD 1100 (Page 2)` `[09/26/06]`

## INSTRUCTIONS

A. Each amended page is to be in the same form as the original but is to contain ONLY THE INFORMATION TO BE CHANGED OR ADDED. Pages from the original document which are not affected by the change are not to be attached.
   1. Before each entry, specify the purpose of the amendment by inserting:
      a. "ADDED," if the information was missing from the previous document filed; or
      b. "CORRECTED," if the information modifies previously listed information; or
      c. "DELETED," if previously listed information is to be removed.
   2. At the bottom of each page, insert the word "AMENDED."
   3. Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. *If a Chapter 13 case*, serve a copy on the trustee; DO NOT serve a copy on the United States Trustee.

B. Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (diskette required when Amendment submitted on paper) or if altering the status or amount of a claim.

**AMENDMENTS THAT FAIL TO FOLLOW THESE INSTRUCTIONS MAY BE REFUSED**
**\*\* AMENDMENTS FILED AFTER THE CASE IS CLOSED ARE NOT ENTITLED TO A REFUND OF FEES \*\***

---

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify: 42690 Rio Nedo Ste F, Temecula CA 92590

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on **August 30, 2011**, I served a true copy of the within AMENDMENT by [describe here mode of service]

on the following persons [set forth name and address of each person served] and as checked below:

☐ Chpt. 7 Trustee:

| ☐ For Chpt. 7, 11, & 12 cases: | ☐ For ODD numbered Chapter 13 cases: | ☒ For EVEN numbered Chapter 13 cases: |
|---|---|---|
| UNITED STATES TRUSTEE<br>Department of Justice<br>402 West Broadway, Suite 600<br>San Diego, CA 92101 | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>530 "B" Street, Suite 1500<br>San Diego, CA 92101 | DAVID L. SKELTON, TRUSTEE<br>525 "B" Street, Suite 1430<br>San Diego, CA 92101-4507 |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on **August 30, 2011**
(Date)

/s/Jennifer M. Urquizu
**Jennifer M. Urquizu 231134**
**Affordable Legal Solutions**
**42690 Rio Nedo Suite F**
**Temecula, CA 92590**
Address

`CSD 1100`